## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHNSON JEAN-JACQUES, : No. 119 EM 2014
:
Petitioner :
:
:
:
:
v. :
:
:
:
STATE OF PENNSYLVANIA BOARD OF :
PROBATION AND PAROLE, :
:
Respondent :

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED** and the Petition for Writ of Response and Relief, treated as a Petition for Writ of Mandamus, is **DENIED**.